NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000529
27-OCT-2016
08:32 AM**

NO. CAAP-16-0000529

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRIDGETTE Y. OKAMOTO, Plaintiff-Appellant, v.
GREGG M. OKAMOTO, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 15-1-0225)

ORDER APPROVING THE SEPTEMBER 30, 2016
"STIPULATION TO DISMISS APPEAL"
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss

Appeal," filed by Plaintiff-Appellant Bridgette Okamoto

(**Bridgette**), pro se, on September 30, 2016, the papers in support

and the record, it appears that (1) Bridgette and Defendant-

Appellee Gregg Okamoto, pro se, stipulate to dismiss the appeal;

(2) Rule 42 of the Hawaiʻi Rules of Appellate Procedure provides,

in relevant part, "If the parties to a docketed appeal or other

proceeding sign and file a stipulation for dismissal, specifying

the terms as to payment of costs, and pay whatever fees are due,

the case shall be dismissed upon approval by the appellate court[.]"; (3) the stipulation provides that "[e]ach party shall bear their own attorneys' fees and costs, and "[Bridgette] will bear any Court fees incurred; and (4) the appellate filing fees have been paid.

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal in Case No. CAAP-16-0000529 is dismissed.

DATED: Honolulu, Hawai'i, October 27, 2016.

Chief Judge

Associate Judge

Associate Judge